UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO.3:06MJ441 |
| | ) | |
| vs. | ) | ORDER FOR DISMISSAL |
| | ) | OF COMPLAINT |
| CARLOS LUIS GRULLON-PENA | ) | |

Leave of Court is hereby granted for the dismissal of the criminal complaint (as it pertains to **CARLOS LUIS GRULLON-PENA** only) in the above-captioned case without prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshal Service and the United States Attorney's Office.

This 19th day of December, 2006.

_____
UNITED STATES MAGISTRATE JUDGE